# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 1:17-CR-00267-01 |
| VERSUS | JUDGE DRELL |
| SHANE PAUL JEANSONNE | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Defendant Shane Paul Jeansonne ("Jeansonne") filed a "Motion for Exception from Local Rules" (Doc. 33). Jeansonne contends he cannot afford to pay for service of subpoenas on witnesses, and cannot afford to pay for copies at the Natchitoches Parish Detention Center ("NPDC") ($ .10 per page). Jeansonne argues he is trying to prepare his defense, as well as a claim of ineffective assistance of counsel (Doc. 1).

Jeansonne–who is represented by court-appointed counsel–recently entered a guilty plea to one count of the indictment against him, and the other five counts were dismissed (Docs. 27, 29). Jeansonne's sentencing will be on March 16, 2018. Jeansonne's attorney will arrange for any witnesses needed at sentencing. An ineffective assistance of counsel claim is premature.

Jeansonne been provided with the assistance of counsel. He is not entitled to greater access to a law library and free copies in order to prepare his case. See Bounds v. Smith, 430 U.S. 817, 828 (1977); see also Brewer v. Wilkinson, 3 F.3d 816, 820-21 (5th Cir. 1993), cert. den., 510 U.S. 1123 (1994). Accordingly,

Jeansonne's Motion for Exception from Local Rules (Doc. 33) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this __9th__ day of March, 2018.

Joseph H.L. Perez-Montes
United States Magistrate Judge